UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL BUXBAUM,

                        Plaintiff,                  **ORDER OF DISMISSAL**

  - against -                                          No. 25-CV-797 (CS)

MARIVI DEL RIVERO,

                        Defendant.
-------------------------------------------------------------x

Seibel, J.

      The Court has given Plaintiff three chances to show that this federal court has subject matter jurisdiction over this action, (*see* ECF Nos. 4, 13, 15), but Plaintiff has failed to show that the rent allegedly unpaid by Defendant exceeds $75,000, provide the Court with the lease agreement showing that consequential damages would be available, or otherwise show that the amount in controversy exceeds $75,000, as required by 28 U.S.C. § 1332(a).  Nor has Plaintiff pleaded facts plausibly alleging that Defendant has prevented him from selling his property.  Accordingly, as forewarned in each prior Order, Plaintiff's claims are dismissed without prejudice for lack of subject matter jurisdiction.  The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated:  April 2, 2025
         White Plains, New York

                                                        _____
                                                          CATHY SEIBEL, U.S.D.J.